UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY T. RIVERA,

    Plaintiff,

    v.

UNITED STATES DEPARTMENT OF ENERGY,

    Defendant.

Case No. 19-cv-01304-PJH

**JUDGMENT**

The issues having come before the court on the parties' cross-motions for summary judgment, and the court having **DENIED** plaintiff's petition for judicial review and motion for summary judgment and **GRANTED** defendant's motion for summary judgment,

    it is Ordered and Adjudged

    that judgment is hereby entered in favor of defendant and against plaintiff.

    **IT IS SO ORDERED.**

Dated: March 30, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge