1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    ANTHONY THOMAS RIVERA,
                                             Case No.  19-cv-01304-PJH
8             Plaintiff,

9        v.                                  **ORDER REGARDING PLAINTIFF'S
                                             MOTION TO REINSTATE HIS APPEAL
10   UNITED STATES DEPARTMENT OF             AND FOR AN EXTENSION TO FILE
     ENERGY,                                 HIS OPENING BRIEF**
11
              Defendant.                     Re: Dkt. No. 45
12

13

14        The court is in receipt of plaintiff's motion to reinstate his appeal and request an

15   extension to file an opening brief.  Dkt. 45.  The court notes that plaintiff need not (and

16   should not) file any motion addressed to the Ninth Circuit Court of Appeals on this court's

17   docket.  To the extent plaintiff has not already done so, he should file his motion for

18   reinstatement and an extension (Dkt. 45) with the Ninth Circuit.

19        **IT IS SO ORDERED.**

20   Dated: October 19, 2020

21                                           /s/ Phyllis J. Hamilton
                                             PHYLLIS J. HAMILTON
22                                           United States District Judge

23

24

25

26

27

28

United States District Court
Northern District of California